**UNITED STATES of America,
Plaintiff-Appellee,**

v.

**Miguel TREVINO, Defendant-Appellant.**

**No. 17-11228
Non-Argument Calendar**

United States Court of Appeals,
Eleventh Circuit.

(October 31, 2017)

Adam W. Overstreet, Gloria A. Bedwell, Steven E. Butler, U.S. Attorney's Office, Mobile, AL, for Plaintiff-Appellee

Before HULL, JULIE CARNES and JILL PRYOR, Circuit Judges.

PER CURIAM:

Arthur Madden, III, appointed counsel for Miguel Trevino in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Trevino's conviction and sentence are **AFFIRMED**.